UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Elena Katz

    v.                                              No. 06-fp-149

Timberlane Regional School District

### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 06-cv-149-PB.

**SO ORDERED.**

                                                  /s/ James R. Muirhead
                                                James R. Muirhead
                                                United States Magistrate Judge

Date: April 20, 2006

cc:    Elena Katz, *pro se*